# UNITED STATES DISTRICT COURT

_____DISTRICT OF_____MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

CAESAR MERCEDES,
FRANCISCO NAVARRO, and
NOEL HERNANDEZ

CASE NUMBER: MJ # 04-858-MBB

(Name and Address of Defendants)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>July 10, 2004</u> through and including July 13, 2004 in <u>Suffolk</u> county, in the District of <u>Massachusetts,</u> in Puerto Rico, and in the Dominican Republic, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one another to unlawfully import into the United States from a place outside thereof, a quantity of heroin, a class I controlled substance.

in violation of Title ____21____ United States Code, Section(s) ____963____.

I further state that I am a(n) <u>U.S. ICE Special Agent</u> and that this complaint is based on the
                                  Official Title
following facts:

See Attached Affidavit
Of SA Christopher Diorio

Continued on the attached sheet and made a part hereof:   X  Yes   ☐ No

Signature of Complainant
**CHRISTOPHER DIORIO**
Special Agent
U.S. ICE

Sworn to before me and subscribed in my presence,

July 14, 2004 @ 4:45 PM at        Boston, Massachusetts
Date                              City and State

Name and Title of Judicial Officer                Signature of Judicial Officer
**MARIANNE B. BOWLER**
**UNITED STATES CHIEF MAGISTRATE JUDGE**