| IN UNITED STATES | MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE

USA    V.S.    *Francisco Navarro*

FOR

AT

| LOCATION NUMBER |
|---|
| ▶ |

PERSON REPRESENTED (Show your full name)

| 1 | X | Defendant—Adult |
| 2 | | Defendant - Juvenile |
| 3 | | Appellant |
| 4 | | Probation Violator |
| 5 | | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

CHARGE/OFFENSE (describe if applicable & check    x  Felony    ☐ Misdemeanor)

| DOCKET NUMBERS |
|---|
| Magistrate |
| District Court |
| Court of Appeals |

**EMPLOYMENT**

Are you now    ☐ Yes    ☑ No    ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed?    ☐ Yes    ☑ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☑ No

RECEIVED                SOURCES

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES    $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?    ☐ Yes    ☐ No    IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT    $ _____    VALUE    *NONE*    DESCRIPTION

**DEPENDENTS**

MARITAL STATUS

☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| *Significant medical* | $ | $ |
| *debts due to* | $ | $ |
| *head injuries* | $ | $ |
| *and lengthy hospitalization* | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)    *7/14/ 4*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶    *Francisco S. Navarro*