UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-00858-MBB-ALL |
| | ) |
| FRANCISCO NAVARRO | ) |

<u>ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING DATE</u>

The defendant respectfully moves that the detention hearing in the above case be continued from July 19 to July 23, 2004.  As reason therefore, defense counsel needs additional time to prepare for the detention hearing.

The defendant also moves that the time between July 19 and July 23, 2004 be excluded from the speedy trial calculation.

The government, per Assistant United States Attorney Robert Peabody, assents to this motion.

                                                FRANCISCO NAVARRO
                                                By her attorney,

                                                <u>/s/ Catherine K. Byrne</u>

                                                Catherine K. Byrne
                                                   B.B.O. #543838
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061